

## METHFESSEL & WERBEL
— A Professional Corporation —

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE, III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN^
SARAH K. DELAHANT+

Of Counsel
STEPHEN R. KATZMAN#
ED THORNTON>
MICHAEL TRIFIOLIS

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*+
(1942-2024)
MARC DEMBLING*+
(1944-2022)

Counsel
ADAM M. CARMAN+^
SHAJI M. EAPEN+
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
CHRISTINA MICHELSON+
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
AMANDA J. SAWYER^
JARED S. SCHURE>
STEVEN A. UNTERBURGER+

Associates
JILLIAN T. CLARK>
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
ASHLEY E. MALANDRE^
ANTHONY J. MANCUSO>
CHRISTEN E. MCCULLOUGH^
KAJAL J. PATEL+
ADAM M. SCHWARTZ+
SARAH E. SHEPP+
ALYCIA M. SWIFT+

* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
^Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≤Member of NJ, NY & CA Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

Please reply to New Jersey

June 3, 2024

VIA PACER
Honorable Magistrate Singh, U.S.M.J.
Clarkson S. Fisher Fed. Bldg. 402 East State Street
Trenton, NJ 08608

RE: **KOHRI, KATHLEEN VS. WALL TOWNSHIP**
Our File No.      : 92912 ELH
Docket No.        : 3:22-CV-05954-MAS-RLS

Dear Magistrate Singh:

This firm represents Defendant Wall Township in this litigation. Pursuant to the Court's May 16, 2024 Court Order (Doc. 56), the parties are submitting this joint status letter as to discovery. The parties exchanged some additional paper discovery. To date, Plaintiff's deposition has been taken. The parties have conferred and are scheduling all defendant depositions, which will take place in July and August 2024. The parties reserve their rights to subpoena additional witnesses for deposition and reserve their rights to name experts. The parties have communicated via email on this date as to a discovery schedule, and request that the following discovery deadlines be ordered by the Court:

Case 3:22-cv-05954-MAS-RLS   Document 58   Filed 06/04/24   Page 2 of 2 PageID: 189

Methfessel & Werbel, Esqs.
Our File No. 92912 ELH
Page 2

- ~~Fact discovery shall be completed by~~ no later than October 31, 2024.
- Affirmative experts to be named no later than October 1, 2024.
- Fact witness depositions to be concluded by October 31, 2024.
- Affirmative expert reports no later than December 31, 2024.
- Responsive expert reports no later than February 28, 2025.
- Expert depositions to be completed by April 15, 2025.
- ~~Motions for summary judgment to be filed by June 15.~~
- ~~Responses to motions to summary judgement to be filed in accordance with the Federal Rules.~~

*RLS*

The Court will set a schedule for dispositive motions at a later date.

Please let us know if you have any questions, or wish to discuss this matter. We thank Your Honor in advance for your consideration of this request.

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

*/s/ Steven K. Parness*

Steven K. Parness
parness@methwerb.com
Ext. 145

ELH:ogr

The above schedule is hereby APPROVED. The parties shall file a joint status letter by no later than August 30, 2024.

So Ordered this 4th day of June, 2024

Hon. Rukhsanah L. Singh, U.S.M.J.